**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **REGGIE L. McCOY,**            ) | CV F 05 - 0102 AWI WMW HC |
| )                                        | |
| Petitioner,       ) | ORDER GRANTING MOTION |
| )                                        | TO AMEND FILED |
| v.                              ) | FEBRUARY 3, 2005, AND |
| )                                        | DENYING ALL FURTHER |
| )                                        | MOTIONS TO AMEND AS |
| **PAUL SCHULTZ, WARDEN,**   ) | MOOT |
| )                                        | |
| Respondent.  ) | [Doc. 4, 7, 11] |
| _____ ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 3, 2005 (Doc. 4), March 28, 2005 (Doc. 7), and April 7, 2005 (Doc. 11) Petitioner filed motions to amend his petition.

A petitioner may amend a petition for writ of habeas corpus once "as a matter of course," and without leave of court, before a response has been filed under Federal Rule of Civil Procedure 15(a), as applied to habeas corpus actions pursuant to 28 U.S.C. § 2242 and Rule 11 of the Rules Governing Section 2254 Cases. Calderon v. United States District Court (Thomas), 144 F.3d 618, 620 (9th Cir. 1998); Bonn v. Calderon, 59 F.3d 815, 845 (9th

Cir. 1995). Leave of court is required for all other amendments. Rule Civ. P. 15(a). While the court should freely give leave to amend if justice requires, the Court may deny leave to amend if the amendment would be futile or subject to dismissal. <u>Bonn</u>, 59 F.3d at 845; <u>Saul v. United States</u>, 928 F.2d 829, 843 (9th Cir. 1991).

No response has yet been filed in this case. Therefore, Petitioner may amend his pleading once without permission of the court. For the sake of clarity, this court HEREBY GRANTS Petitioner's motion to amend his petition filed February 3, 2005, and DENIES his subsequent petitions to amend as moot. Petitioner is granted thirty (30) days from the date of service of this order within which to file his Amended Petition. Petitioner should carefully note that because an amended pleading supersedes the original pleading, an amended pleading must be complete in itself without reference to any prior pleading. Local Rule 15-220; <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967). Accordingly, Petitioner must include <u>all</u> of his claims in his Amended Petition.

IT IS SO ORDERED.

**Dated:   May 13, 2005**          **/s/  William M. Wunderlich**
bl0dc4                                     UNITED STATES MAGISTRATE JUDGE