UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGGIE L. McCOY, | ) | 1:05-CV-00102-AWI-WMW-HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER |
| | ) | |
| v. | ) | |
| | ) | (Doc. 25) |
| PAUL SCHULTZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On September 13, 2006, respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus, pursuant to the court's order of July 21, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted an extension of time up to and including <u>November 20, 2006</u> in which to file an answer to the petition for writ of habeas corpus, pursuant to the court's order of July 21, 2006.

IT IS SO ORDERED.

**Dated:   October 4, 2006**          /s/  William M. Wunderlich
j14hj0                                 UNITED STATES MAGISTRATE JUDGE