IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REGGIE L. McCOY, | ) | 1: **05 cv 0102 AWI WMW HC** |
| Petitioner, | ) | |
| | ) | **ORDER DENYING MOTION FOR DEFAULT JUDGMENT AS MOOT** |
| v. | ) | |
| | ) | [Doc. 28] |
| PAUL SCHULTZ, WARDEN, | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 6, 2006, Petitioner filed a motion for default judgment, claiming that Respondent had failed to comply with the court's order to file an answer in this case. Respondent, however, timely filed an answer in this case on November 20, 2006. Accordingly, Petitioner's motion for default judgment is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: January 30, 2007         /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE