IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REGGIE L. McCOY,** ) | :1:05 - CV-0102 AWI WMW HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING |
| ) | FINDINGS AND |
| v. ) | RECOMMENDATIONS AND |
| ) | DISMISSING PETITION FOR |
| **PAUL SCHULTZ, WARDEN,** ) | WRIT OF HABEAS CORPUS |
| ) | |
| Respondent. ) | [Doc. 31] |
| ) | |
| _____ ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 24, 2007, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the

findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on July 24, 2007, are a adopted in full;

2. The petition for writ of habeas corpus is dismissed for failure to prosecute;

3. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

**Dated:   November 14, 2007**             **/s/ Anthony W. Ishii**
                                           UNITED STATES DISTRICT JUDGE

2